# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| v. | M.J. No.: 05-1684-CBS |
| 1. WILGEN ANIBAL BRITO-MELO,<br>    a/k/a "Jose Concepcion Navarro", and | |
| 2. ANGEL RIVERA<br>    a/k/a "Pinto", a/k/a "Hector Colon" | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From at least in or about April 2005 to in or about July 2005, in **Quincy** in the District of **Massachusetts,** and elsewhere, the defendants did:

> conspire to possess with intent to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

I further state that I am a DEA Task Force Agent and that this complaint is based on the following facts:

**Please see attached Affidavit of Kevin O'Neil**

Continued on the attached sheet and made a part hereof:   [x] Yes   [ ] No

_____
KEVIN O'NEIL
Task Force Officer
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

July 11, 2005      at          Boston, Massachusetts
Date                            City and State

CHARLES B. SWARTWOOD III
United States Chief Magistrate Judge              _____
Name and Title of Judicial Officer                Signature of Judicial Officer