AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF


filed 7/12/05
LBR

**APPEARANCE**

Case Number: 05-1684-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Angel Rivera

I certify that I am admitted to practice in this court.

7/12/05
Date

Thomas Kerner
Signature

J THOMAS KERNER    552373
Print Name                                              Bar Number

230 Commercial St
Address

Boston           MA           02109
City              State         Zip Code

617 720 5509          720 0707
Phone Number                              Fax Number