✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MA

UNITED STATES

V.

WILGEN ANIBAL BRITO-MELO
ANGEL RIVERA

## EXHIBIT AND WITNESS LIST

Case Number: 05-1684-CBS

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>Gallagher | DEFENDANT'S ATTORNEY<br>MURPHY |
|---|---|---|
| TRIAL DATE (S)<br>8/3/2005 | COURT REPORTER<br>2:39 P | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 8/3/2005 | | | Mark Tulley |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 8/3/2005 | X | X | Complaint Affidavit |
| 5 | | 8/3/2005 | X | X | Massachusetts Uniform Citation |
| 3 | | 8/3/2005 | X | X | Apartment Lease Agreement |
| 2 | | 8/3/2005 | X | X | DEA 6, Money, Handgun , Heroin & Cocain Base seized |
| 4 | | 8/3/2005 | X | X | Photocopy of seized handwritten note |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages