UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 05-10227-PBS |
| v. ) | |
| ) | VIOLATIONS: |
| 1. WILGEN ANIBAL BRITO-MELO, ) | |
|    a/k/a "Jose Concepcion ) | 21 U.S.C. §846-- |
|    Navarro" and ) | Conspiracy to Distribute, |
| ) | and to Possess with |
| 2. RAFAEL HUERTA ) | Intent to Distribute, |
|    a/k/a "Angel Rivera" ) | Cocaine |
|    a/k/a "Hector Colon" ) | |
| ) | 18 U.S.C. § 924(c)(1)-- |
| ) | Possessing a Firearm in |
| ) | Furtherance of a Drug |
| ) | Trafficking Crime |
| ) | |
| ) | 21 U.S.C. §853-- |
| ) | Criminal Forfeiture |
| ) | Allegation |

## INDICTMENT

**COUNT ONE:**   (21 United States Code, Section 846--Conspiracy to Distribute, and to Possess With Intent to Distribute, Cocaine)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about March 2005, and continuing thereafter until in or about July 2005, at Quincy, Boston, Lynn, Lawrence, and elsewhere in the District of Massachusetts, in the Bronx and elsewhere in the Southern District of New York, and elsewhere,

    1.    **WILGEN ANIBAL BRITO-MELO**, a/k/a "Jose Concepcion Navarro", and

    2.    **RAFAEL HUERTA**, a/k/a "Angel Rivera", a/k/a "Hector Colon",

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons unknown to the Grand Jury, to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy involved at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A) is applicable to this Count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**     (18 U.S.C. § 924(c)(1)--Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury further charges that:

On or about July 8, 2005, at Quincy in the District of Massachusetts,

>   2.   **RAFAEL HUERTA, a/k/a "Angel Rivera", a/k/a "Hector Colon",**

defendant herein, did knowingly and intentionally possess a firearm, to wit: a Hi Point, model C-9, 9 mm luger semi-automatic pistol, with an obliterated serial number, in furtherance of a drug trafficking crime, to wit: conspiracy to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846, as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1).

**FORFEITURE ALLEGATION**

**(21 U.S.C. § 853)**

The Grand Jury further charges that:

1.  As a result of the offenses alleged in Count 1 of this Indictment,

> 1. **WILGEN ANIBAL BRITO-MELO**, a/k/a "Jose Concepcion Navarro", and
>
> 2. **RAFAEL HUERTA**, a/k/a "Angel Rivera", a/k/a "Hector Colon",

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

> (a) cannot be located upon the exercise of due diligence;
>
> (b) has been transferred or sold to, or deposited with, a third party;
>
> (c) has been placed beyond the jurisdiction of the Court;
>
> (d) has been substantially diminished in value; or
>
> (e) has been commingled with other property which cannot be subdivided without difficulty;

-4-

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
PETER K. LEVITT
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS                August 25, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk
8/25/05
12:25pm

-6-

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

**Place of Offense:** Quincy        **Category No.** II        **Investigating Agency** DEA

**City** Quincy        **Related Case Information:**

**County** Norfolk        Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   05-1648-CBS
Search Warrant Case Number    05-1681-CBS
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Wilgen Anibal Brito-Melo        Juvenile  ☐ Yes  ☒ No

Alias Name   Jose Concepcion Navarro

Address   6123 Avalon Drive, Weymouth, MA

Birth date (Year only): 76   SSN (last 4 #): ____   Sex M   Race: Hispanic   Nationality: Dominican

Defense Counsel if known:   John Brazilian        Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Peter K. Levitt        Bar Number if applicable   565761

Interpreter:  ☒ Yes  ☐ No        List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:   July 11, 2005

☒ Already in Federal Custody as   of 7/11/05   in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  8/25/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Wilgen Anibal Brito-Melo

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy To Distribute Cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: Quincy    Category No. II    Investigating Agency  DEA

City   Quincy    Related Case Information:

County  Norfolk

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   05-1648-CBS
Search Warrant Case Number   05-1681-CBS
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Rafael Huerta    Juvenile  ☐ Yes  ☒ No

Alias Name  Angel Rivera and Hector Colon

Address  42 Whitfield Street, #20, Dorchester, MA

Birth date (Year only): ____  SSN (last 4 #): ____  Sex M  Race: Hispanic  Nationality: ____

Defense Counsel if known:  Tom Kerner    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Peter K. Levitt    Bar Number if applicable  565761

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:  July 11, 2005

☒ Already in Federal Custody as   of 7/11/05    in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment (2)

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/25/05    Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Wilgen Anibal Brito-Melo

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy To Distribute Cocaine | 1 |
| Set 2  21 USC 924(C) | Poss Firearm in Furtherance Drug Trafficking | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: