UNITED STATES OF AMERICA
DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-CR-10227-PBS

UNITED STATES OF AMERICA

v.

RAFAEL HEURTA
(aka ANGEL RIVERA)

## MOTION FOR REVIEW OF DETENTION ORDER

Now comes the defendant and pursuant to 18 U.S.C. § 3145(b) and 18 U.S.C. §3142(a)(1) and (2) moves this Honorable Court to revoke the order entered by Magistrate Judge Swartwood detaining the defendant. The defendant requests that this Court enter an order that the defendant shall be released with conditions.

In support of this motion the defendant has filed a memorandum of law.

**Respectfully Submitted,
RAFAEL HEURTA,**

**By his attorney:**

_____
**J. THOMAS KERNER
MA BBO # 552373
Attorney at Law
230 Commercial Street
Boston, MA  02109
(617) 720-5509**