UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RAFAEL HUERTA

CRIMINAL ACTION
NO.   05-10227-PBS

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                     October 21, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion for Review of Detention Order on **November 2, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                By the Court,

                  /s/ Robert C. Alba
                Deputy Clerk

Copies to:  All Counsel