UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
            v.                      )   CRIMINAL ACTION
                                    )   NO. 05-10227-PBS
WILGEN ANIBAL BRITO-MELO            )
and RAFAEL HUERTA,                  )
            Defendants,             )
_____ )

**FINAL STATUS REPORT**
**December 21, 2005**

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Saris, J. to whom this case is assigned:

1. Discovery

Completed.

2. Substantive Motions

Defendants intend to file substantive motions. Therefore, I am returning this case to Judge Saris for the scheduling of such motions and for all further proceedings.

3. Excludable Time

At the request of the Government and without opposition from counsel for the Defendants, I am excluding from the Speedy Trial Act, the period from December 16, 2005 (date of expiration of prior order of excludable time) through December 20, 2005 (date by which

discovery has been completed). Therefore, since I have now excluded the entire period from date of arraignment through December 20, 2005 and assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Tuesday, February 28, 2006.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE