UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>WILGEN ANIBAL BRITO-MELO )<br>and RAFAEL HUERTA,     )<br>    Defendants,      )<br>_____) | **CRIMINAL ACTION**<br>**NO. 05-10227-PBS** |

## ORDER OF EXCLUDABLE TIME
### December 21, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from December 16, 2005 (date of expiration of prior order of excludable time) through December 20, 2005 (date by which discovery has been completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE