UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO. 05-10227-PBS |
| v. | |
| WILGEN ANIBAL BRITO-MELO<br> and  RAFAEL HUERTA | |

**NOTICE OF INITIAL PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                                                              December 23, 2005

    TAKE NOTICE that the above-entitled case has been set for an Initial Pretrial Conference on **January 18, 2006**, at **4:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                By the Court,

                                 /s/ Robert C. Alba
                                Deputy Clerk

Copies to:  All Counsel