```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 04-10299-PBS |
| | : | |
| WILGEN ANIBAL BRITO-MELO et al. | : | |
| | : | |

<u>NOTICE OF APPEARANCE</u>

Comes now the United States of America, by Michael J. Sullivan, United States Attorney, and Neil J. Gallagher, Jr., Assistant United States Attorney for the District of Massachusetts, and hereby provides notice that undersigned counsel will be representing the government in the above captioned matter. All future correspondences and pleadings should be sent to undersigned counsel.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  /s/ Neil Gallagher
                         Neil J. Gallagher, Jr.
                         Assistant U.S. Attorney
                         U. S. Attorney's Office
                         John Joseph Moakley
                         United States Courthouse
                         1 Courthouse Way, Suite 9200
                         Boston, MA  02210
                         (617) 748-3397
```