IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 05-10227-PBS |
| | : | |
| WILGEN ANIBAL BRITO-MELO et al. | : | |
| | : | |

### ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND DEFENDANTS' MOTION TO SUPPRESS EVIDENCE AND CONTINUANCE OF SUPPRESSION HEARING UNTIL JUNE 6, 2006

The United States respectfully moves this Court for an extension of time until May 31, 2006 to respond to defendants' motion to suppress evidence and a continuance of the suppression hearing currently scheduled for May 24, 2006 until June 6, 2006. As grounds, the government submits as follows:

1.  On February 24, 2006, defendants filed a motion to suppress evidence.  On March 7, 2006, the government filed an assented to motion for an extension of time to respond to defendants' motion and a continuance of the suppression hearing.

2.  On March 8, 2006, the Court granted the government's motion, extended the government's deadline for filing its opposition until May 12, 2006 and continue the evidentiary hearing until May 24, 2006.

3.  Undersigned counsel entered his appearance on the case on March 17, 2006.  Undersigned counsel currently has three other motion to suppress to which responses are due.  Furthermore, undersigned counsel will unavailable part of the afternoon on May 24, 2006.

4.   Defendants do not object to a continuance of the suppression hearing until June 6, 2006.  Defendants furthermore do not object to an extension of time until May 31, 2006 to respond to defendants' motion to suppress.

>                        Respectfully submitted,
>
>                        MICHAEL J. SULLIVAN
>                        United States Attorney
>
>                    By: /s/ Neil Gallagher
>                        Neil J. Gallagher, Jr.
>                        Assistant U.S. Attorney
>                        U. S. Attorney's Office
>                        (617) 748-3397

                        Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

>                        /s/ Neil J. Gallagher, Jr.
>                        Neil J. Gallagher, Jr.