UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.          )<br>)<br>1.   WILGEN ANIBAL BRITO-MELO ) | Criminal No. 05-10227-PBS |

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her appearance as counsel for the United States of America in the captioned matter.

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

         By:   */s/ Rachel E. Hershfang*
                RACHEL E. HERSHFANG
                Assistant U.S. Attorney
                United States Attorney's Office
                One Courthouse Way, Suite 9200
                Boston, MA 02210
                (617) 748-3358

Dated: June 1, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 1, 2006.

                                                */s/: Rachel E. Hershfang*
                                                RACHEL E. HERSHFANG
                                                Assistant U.S. Attorney

Dated: June 1, 2006