AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

United States of America
V.
Wilgen Anibal Brito-Melo
Rafael Huerta

EXHIBIT  LIST

Case Number: 05-CR-10227-PBS  PAGE 1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Neil Gallagher, Rachel Hershfang | John Brazilian, Tom Kerner |
| TRIAL DATE (S) 6-6-06, 6-13, 6-14, 6-15 | COURT REPORTER  Lee Marzilli | COURTROOM DEPUTY  Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6-6-06 | | ✓ | COPY OF MA DRIVERS LICENSE - JOSE NAVARO CONCEPCION |
| 2 | | 6-6-06 | | ✓ | PHONE CONVERSATION SUMMARIES |
| 3 | | 6-6-06 | | ✓ | COPY OF MA DRIVERS LICENSE - ANGEL RESTO-RIVERA |
| 4 | | 6-6-06 | | ✓ | PHOTO OF 290 COREY ST - REAR OF BUILDING |
| 5 | | 6-6-06 | | ✓ | TITLE III APPLICATION |
| | 1 | 6-6-06 | | ✓ | PHONE CONVERSATION SUMMARIES |
| 6 | | 6-6-06 | | ✓ | DEPORTATION WARRANT - WILGEN ANIBAL BRITO-MELO |
| ~~8~~ | | 6-6-06 | | as | ~~LEASE AGREEMENT - COREY STREET~~ |
| 7 | | 6-6-06 | | ✓ | LEASE AGREEMENT - COREY STREET |
| 8 | | 6-6-06 | | ✓ | VIDEO TAPE OF COREY STREET |
| 9 | | 6-6-06 | | ✓ | PUERTO RICAN BIRTH CERTIFICATE  JUAN JESUS MORALES APONTE |
| 10 | | 6-6-06 | | ✓ | PUERTO RICAN BIRTH CERTIFICATE  ANGEL FELIX MICHAELE RESTO RIVERA |
| 11 | | 6-6-06 | | ✓ | PUERTO RICAN BIRTH CERTIFICATE  ANGEL SANTANA PIZARRO |
| 12 | | 6-6-06 | | ✓ | COPY OF SOCIAL SECURITY CARD  JUAN J MORALES APONTE |
| 13 | | 6-6-06 | | ✓ | COPY OF SOCIAL SECURITY CARD  LUIS JAVIER FONSECA-CARRASQUILLO |
| 14 | | 6-6-06 | | ✓ | COPY OF SOCIAL SECURITY CARD  NOEL SANTANA PIZARRO |
| 16 | | 6-6-06 | | ✓ | CD - STILL IMAGES 7-7-05 |
| 17 | | 6-6-06 | | ✓ | SEARCH WARRANT APPLICATION 290 QUARRY ST |
| 15 | | 6-13-06 | | ✓ | APPLICATION FOR SEARCH WARRANT - DOOR #9  290 QUARRY ST |
| 18 | | 6-13-06 | | ✓ | PICTURE OF GARAGE DOOR |
| 19 | | 6-13-06 | | ✓ | APPLICATION FOR SEARCH WARRANT 6123 AVALON DRIVE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)    EXHIBIT ~~████~~ LIST – CONTINUATION    PAGE 2

| | United States of America | | vs. | Brito-Melo, Huerta | CASE NO. 05-CR-10227-PBS |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20 | | 6-13-06 | | ✓ | TITLE III APPLICATION – BRITO-MELO CELL PHONE |
| | 2 | 6-13-06 | | ✓ | TIME SHEETS |
| | 3 | 6-13-06 | | ✓ | REPORT |
| 21A | | 6-13-06 | | ✓ | PHOTOGRAPH |
| 21B | | 6-13-06 | | ✓ | PHOTOGRAPH |
| 21C | | 6-13-06 | | ✓ | PHOTOGRAPH |
| 21D | | 6-13-06 | | ✓ | PHOTOGRAPH |
| 23 | ~~22~~ | 6-13-06 | | ✓ | LICENSE OF HECTOR COLON |
| 22 ~~24~~ | ~~23~~ | 6-13-06 | | ✓ | LICENSE OF CONCEPCION JOSE NAVARO |
| ~~22~~ | ~~24~~ 24 | 6-13-06 | | ✓ | MASSACHUSETTS UNIFORM CITATION – HECTOR COLON |
| 25 | | 6-13-06 | | ✓ | NARCOTIC CUSTODY FORM |
| 26 | | 6-13-06 | | ✓ | ARREST BOOKING SHEET – HECTOR COLON |
| 29 | | 6-13-06 | | ✓ | ARREST BOOKING SHEET – CONCEPCION JOSE NAVARO |
| | 4 | 6-13-06 | | ✓ | CD & VCR TAPE |
| 27 | | 6-14-06 | | ✓ | CD OF RADIO DISPATCH |
| ~~28~~ | | 6-14-06 | | ✓ | CONSENT FORM |
| | 5 | 6-14-06 | | ✓ | DEA 6 DATED 8-23-05 |
| | 6 | 6-14-06 | | ✓ | HANDWRITTEN NOTES |

Page _____ of _____ Pages