AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF ____Massachusetts____

United States of America
V.
Wilgen Anibal Brito-Melo
Rafael Huerta

 **WITNESS LIST**

Case Number: 05-CR-10227-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Neil Gallagher, Rachel Hershfang | John Brazilian, Tom Kerner |
| TRIAL DATE(S) 6-6-06, 6-13, 6-14, 6-15 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6-6-06 | | | MART TULLY |
| 2 | | 6-6-06<br>6-13-06 | | | KEVIN O'NEIL |
| 3 | | 6-13-06 | | | CHARLES F. KANE |
| 4 | | 6-14-06 | | | THOMAS JOSEPH DUANE |
| 5 | | 6-14-06 | | | JAIME CEPERO |
| | 1 | 6-14-06 | | | RAFAEL HUERTA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages