**Conclusion:**

For the reasons stated in codefendant Brito-Melo's motion to suppress and supporting memoranda and for the reasons argued in the defendant's motion to join Brito-Melo's motion to suppress and in this memorandum, the court should allow the defendants' motion to suppress the drugs discovered in the Saab, excise reference to that seizure from the affidavit in support of the application to search the Quarry Street apartment and allow the motion to suppress the search of the Quarry Street apartment.

**Respectfully Submitted,
RAFAEL HEURTA,**

**By his attorney:**

_____
**J. THOMAS KERNER
MA BBO # 552373
Attorney at Law
230 Commercial Street
Boston, MA  02109
(617) 720-5509**