IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | NO. 05-10227-PBS |
| 1.   WILGEN ANIBAL BRITO-MELO , | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**MOTION TO FILE CONSOLIDATED SUR-REPLY AND POST-HEARING BRIEF, AND
TO EXTEND FILING DATE UNTIL JULY 7
(AND TO FILE AN OVERLONG BRIEF)**

The United States of America, by its attorneys Michael J.
Sullivan, United States Attorney, and Neil J. Gallagher and
Rachel E. Hershfang, Assistant United States Attorneys, hereby
move to file a sur-reply to the defendants' further (post-
hearing) briefing, to consolidate that brief with the
government's further briefing, and to extend the filing date for
the combined brief to July 7, 2006 (seven days from the filing of
defendants' brief).

In support of this motion, the government states as follows:
the motion to suppress filed by defendant Wilgen Anibal Brito-
Melo ("Brito-Melo") raises complex questions of Fourth Amendment
law.  The hearing on the motion lasted for three days.  Following
the hearing, the parties were to file simultaneous, post-hearing
briefs on June 30, 2006.  The government has not yet filed its
brief.

Brito-Melo's brief is, in essence, a reply to the

government's opposition to Brito-Melo's motion to suppress. Having received this brief, the government respectfully requests leave of court to file a sur-reply to this brief, and to consolidate its post-hearing briefing with this sur-reply so as to file only a single brief (rather than two) on Friday, July 7 (seven days from the filing of defendants' brief).  The government further seeks leave of court to exceed the 20-page limit in its filing, which would (1) represent two briefs' worth of writing, combined in one; and (2) respond to the 33 pages (exclusive of exhibits) filed on Friday, June 30, by Brito-Melo.

Accordingly, the government respectfully requests an additional week (until July 7, 2006) in which to file its combined sur-reply and further opposition, and leave of Court to file an overlong brief.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney


                        By:  /s/ Neil J. Gallagher, Jr.
                             NEIL J. GALLAGHER, JR.
                             RACHEL E. HERSHFANG
                             Assistant U.S. Attorneys
                             (617) 748-3397/-3249


Dated: July 5, 2006

                      CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon counsel

                                2

of record, by electronic filing, a copy of the foregoing document.

     This 5th day of July, 2006.

/s/ Neil J. Gallagher, Jr.
Neil J. Gallagher, Jr.
ASSISTANT UNITED STATES ATTORNEY
