```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | |
| v. | ) ) ) | CRIMINAL ACTION<br><br>NO. 05-10227-PBS |
| 1.   WILGEN ANIBAL BRITO-MELO , | ) ) | |
| Defendant | ) ) | |

### SECOND MOTION TO FILE CONSOLIDATED SUR-REPLY AND POST-HEARING BRIEF, AND TO EXTEND FILING DATE UNTIL JULY 11, 2006

The United States hereby moves to file a sur-reply to the defendants' further (post-hearing) briefing, to consolidate that brief with the government's further briefing, and to extend the filing date for the combined brief to July 11, 2006.

In support of this motion, the governments states that until Friday, July 7, 2006, undersigned counsel has been involved trial preparation of a case that the government now expects to be resolved on Monday, July 10, 2006. The government submits that additional time is required to properly respond to both defendants supplemental oppositions.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Neil J. Gallagher, Jr.
                              NEIL J. GALLAGHER, JR.
                              RACHEL E. HERSHFANG
                              Assistant U.S. Attorneys
                              (617) 748-3397/-3249
Dated: July 10, 2006
```

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon counsel of record, by electronic filing, a copy of the foregoing document.

    This 10th day of July, 2006.

                                          /s/ Neil J. Gallagher, Jr.
                                        Neil J. Gallagher, Jr.
                                        ASSISTANT UNITED STATES ATTORNEY